KATHERINE HART #76715
Attorney at Law
2055 San Joaquin
Fresno, Ca. 93721
Telephone: (559) 256-9800
Facsimile:  (559) 256-9798

Attorney for Defendant
BROOKE ROWLAND

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR F-02-5301 OWW |
| Plaintiff, | ORDER TO SAN DIEGO COUNTY SHERIFF'S DEPARTMENT AND TO FEDERAL MARSHALS TO TRANSPORT DEFENDANT TO THE FRESNO COUNTY JAIL FOR DETENTION PENDING FEDERAL SENTENCING HEARING |
| vs. | |
| BROOKE ROWLAND, et al., | |
| Defendants. | San Diego sentencing: 2/10/06<br>Proposed federal sentencing: 3/06/06 |

TO THE SAN DIEGO SHERIFF'S DEPARTMENT AND TO THE FEDERAL MARSHAL: Defendant BROOKE ROWLAND, defendant in the above-entitled case, is currently housed in the San Diego County Jail at 446 Alta Rd. #5300, San Diego, Ca. 92158, awaiting sentencing scheduled for February 10, 2006 in  San Diego County Central Division Case CD 165314.  Defendant ROWLAND'S sentencing in the Eastern District, Federal District Court, is set for March 6, 2006.  Good cause appearing, defendant is ordered to be transported **as soon as possible after his February 10, 2006 San Diego sentencing hearing** to the Fresno County Jail, where he will remain pending federal sentencing.

DATE: February  9  , 2006            /s/ OLIVER W. WANGER
                                     OLIVER W. WANGER, Judge of the
                                     Eastern District, Federal District Court