KATHERINE HART #76715
Attorney at Law
2055 San Joaquin
Fresno, Ca. 93721
Telephone: (559) 256-9800
Facsimile:  (559) 256-9798

Attorney for Defendant
BROOKE ROWLAND

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>　　　　　　　　　　　　　　　　)<br>　　　Plaintiff,　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>　　　v.　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>BROOKE ROWLAND　　　　　　　 )<br>　　　　　　　　　　　　　　　　)<br>　　　Defendant.　　　　　　　　　)<br>　　　　　　　　　　　　　　　　) | CR-F-02-5301 OWW<br><br>REQUEST TO FILE REPORT<br>UNDER SEAL<br><br>Date: May 8, 2006<br>Time: 1:30 p.m.<br>Dept: OWW |

TO THE HONORABLE OLIVER W. WANGER, JUDGE OF THE ABOVE-ENTITLED COURT:

Defendant, through his counsel KATHERINE HART, respectfully requests that the court allow defendant to file a confidential psychological evaluation under seal, so that such psychological evaluation, which contains confidential and private information, be available only for inspection by the parties needing such information. A copy has been furnished to the Assistant United States Attorney (David Gappa) prosecuting this matter.

DATED: May 4, 2006　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/Katherine Hart
　　　　　　　　　　　　　　　　　　　　KATHERINE HART

# ORDER

GOOD CAUSE APPEARING, it is hereby ordered that a psychological report concerning defendant BROOKE ROWLAND may be filed under seal.

IT IS SO ORDERED.

Dated:   May 7, 2006              /s/ Oliver W. Wanger
emm0d6                         UNITED STATES DISTRICT JUDGE