KATHERINE HART #76715
Attorney at Law
2055 San Joaquin
Fresno, Ca. 93721
Telephone: (559) 256-9800
Facsimile: (559) 256-9798

Attorney for Defendant
BROOKE ROWLAND

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR F-02-5301 OWW |
| Plaintiff, | ORDER TO WARDEN OF NORTH KERN STATE PRISON RETURNING INMATE TO CUSTODY OF FEDERAL MARSHALS |
| vs. | |
| BROOKE ROWLAND, et al., | Inmate: Brooke Rowland F 32326 North Kern State Prison |
| Defendants. | |

TO THE WARDEN OF NORTH KERN STATE PRISON AND TO THE FEDERAL MARSHAL: Defendant BROOKE ROWLAND, defendant in the above-entitled case, is currently housed at North Kern State Prison in Delano, California. Defendant was sentenced in the Eastern District, Federal District Court, on May 8, 2006, to a term of 240 months in federal custody, time to run concurrent with his state court sentence. It is hereby ordered that he be returned to the custody of the United States Marshals Office so that the federal Board of Prisons can determine whether Rowland can be incarcerated in a federal facility, as recommended by the court. Good cause appearing, defendant is ordered to be released to federal custody **as soon as possible.**

**DATED:    08/07/2006**          **/s/ OLIVER W. WANGER**
                                  OLIVER W. WANGER, Judge of the
                                  Eastern District, Federal District Court