1  KATHERINE HART #76715
   Attorney at Law
2  2055 San Joaquin
   Fresno, Ca. 93721
3  Telephone: (559) 256-9800
   Facsimile:  (559) 256-9798
4
   Attorney for Defendant
5  BROOKE ROWLAND

6

7              IN THE UNITED STATES DISTRICT COURT

8           FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,      )   CASE NO. CR F-02-5301 OWW
                                   )   CORRECTED
11                                 )   ORDER TO WARDEN  OF NORTH
                                   )   KERN STATE PRISON RETURNING
12          Plaintiff,             )   INMATE TO CUSTODY OF
                                   )   FEDERAL MARSHALS
13  vs.                            )
                                   )
14                                 )   Inmate: Brooke Rowland F 32326
    BROOKE ROWLAND, et al.,        )    North Kern State Prison
15                                 )
           Defendants.             )
16  _____)

17      TO THE WARDEN OF NORTH KERN STATE PRISON AND TO THE

18  FEDERAL MARSHAL: Defendant BROOKE ROWLAND, defendant in the

19  above-entitled case,  is currently housed at North Kern State Prison in Delano,

20  California.  Defendant was sentenced in the Eastern District, Federal District Court,

21  on May 8, 2006, to a term of 240 months in federal custody, time to run concurrent

22  with his state court  sentence.

23      It is hereby ORDERED that he be returned to the custody of the United States

24  Marshals Office so that the federal Board of Prisons can determine whether

25  Rowland can be incarcerated in a federal facility, as recommended by the court.

26  Good cause appearing, defendant is ordered to be released to federal custody **as**

27  **soon as possible.**

28  IT IS SO ORDERED.

1   **Dated:    August 10, 2006**           **/s/ Oliver W. Wanger**
    emm0d6                          UNITED STATES DISTRICT JUDGE
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28