KATHERINE HART #76715
Attorney at Law
2055 San Joaquin
Fresno, Ca. 93721
Telephone: (559) 256-9800
Facsimile:  (559) 256-9798

Attorney for Defendant
BROOKE ROWLAND

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR F-02-5301 OWW |
| Plaintiff, | ORDER TO WARDEN OF NORTH KERN STATE PRISON RELEASING INMATE TO CUSTODY OF FEDERAL MARSHALS FOR HEARING |
| vs. | |
| BROOKE ROWLAND, et al., | Inmate: Brooke Rowland F 32326  North Kern State Prison |
| Defendants. | DATE: 11/20/06 at 1:30 p.m. |

TO THE WARDEN OF NORTH KERN STATE PRISON AND TO THE FEDERAL MARSHAL: Defendant BROOKE ROWLAND, defendant in the above-entitled case, is currently housed at North Kern State Prison in Delano, California. Defendant was sentenced in the Eastern District, Federal District Court, on May 8, 2006, to a term of 240 months in federal custody, time to run concurrent with his state court sentence. Defendant is also a state court prisoner who has pending writs of habeas corpus in the Eastern District of California, Fresno, California. Good cause appearing, defendant is ordered to be released to the Federal Marshal Service for transportation to the 11/20/06 hearing at 1:30 p.m. IT IS SO ORDERED.

**Dated:   October 30, 2006**         **/s/ Oliver W. Wanger**
emm0d6                              UNITED STATES DISTRICT JUDGE