IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BROOKE ROWLAND, | ) | No. CV-F-06-1459 OWW |
| | ) | (No. CR-F-02-5301 OWW) |
| | ) | |
| | ) | ORDER DIRECTING PARTIES TO |
| Petitioner, | ) | APPEAR ON MONDAY, MARCH 2, |
| | ) | 2009 at 9:00 a.m. FOR STATUS |
| vs. | ) | CONFERENCE |
| | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

The parties are ordered to appear on Monday, March 2, 2009 at 9:00 a.m. for a conference concerning the status of Petitioner's motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255.

IT IS SO ORDERED.

Dated:   February 13, 2009              /s/ Oliver W. Wanger
                                       UNITED STATES DISTRICT JUDGE

1