KATHERINE HART #76715
Attorney at Law
2055 San Joaquin
Fresno, Ca. 93721
Telephone: (559) 256-9800
Facsimile:  (559) 256-9798

Attorney for Defendant
BROOKE ROWLAND

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR F-02-5301 OWW |
| ) | |
| ) | STIPULATION AND |
| ) | ORDER RE STATUS CONFERENCE |
| Plaintiff, ) | CONCERNING HABEAS PETITION |
| ) | |
| vs. ) | |
| ) | |
| ) | Date proposed: March 16, 2009 |
| BROOKE ROWLAND, et al., ) | Time: 1:30 p.m. |
| ) | Dept: OWW |
| _____Defendants._____ ) | |

IT IS HEREBY STIPULATED BETWEEN Counsel for Plaintiff and

Counsel for Defendant as follows:

That both parties are available for a status conference on the habeas petition

to amend the underlying judgment on March 16, 2009 at 1:30 p.m.;

That both parties therefore request that the court set a status hearing on this

case and the related habeas petitions 06 CV -01430 OWW-DLB and 06-CV-01459

OWW on March 16, 2009 at 1:30 p.m.

1

1   DATED: 2/20/09                        /s/ Katherine Hart
                                          KATHERINE HART, Attorney for
2                                         BROOKE ROWLAND

3
    DATED: 2/20/09                        /s/ David Gappa
4                                         DAVID GAPPA, Assistant United
                                          States Attorney
5

6

7                                          ORDER
8

9        Based on the stipulation of counsel, the status conference in the above-

10   entitled case is set for March 16, 2009 at 1:30 p.m.

11

12   IT IS SO ORDERED.

13   **Dated:     February 20, 2009**             **/s/ Oliver W. Wanger**
                                          UNITED STATES DISTRICT JUDGE
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                            2